ALLAN SHEDLIN, Respondent, v. LUDWIG NATHAN, Also Known as LOU NATHAN, Appellant.— Order and the judgment entered thereon granting

summary judgment to plaintiff and dismissing the counterclaim, unanimously affirmed, without costs or disbursements to any party, and without prejudice to defendant bringing on a new action, if so advised, for conversion of his property. Concur — Breitel, J. P., McNally, Stevens and Eager, JJ.